Martin A. Little, Esq., NV Bar No. 7067
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: mal@h2law.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOTUS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a municipal corporation and a political subdivision of the State of Nevada; CITY OF HENDERSON REDEVELOPMENT AGENCY, a State of Nevada public body corporate and politic; DOES I through X, inclusive; and ROE CORPORATIONS I though X, inclusive,<br><br>Defendants. | Civil Case No. 2:24-cv-02317-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(First Request)**<br><br>ECF No. 13 |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR IA 6-1, Plaintiff Motus, LLC ("Plaintiff") and Defendants City of Henderson and City of Henderson Redevelopment Agency (collectively "Defendants"), hereby agree and stipulate, as follows:

1. Defendants filed their pending Motion to Dismiss Portions of Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) on January 28, 2025 (ECF No. 11) (the "Motion").

2. One of Plaintiff's owners is overseas, and Plaintiff's counsel is attempting to communicate with Plaintiff's ownership to respond to the Motion. The delay in communication is making it difficult for Plaintiff and its counsel to prepare a sufficient response to the Motion.

3. Therefore, Plaintiff has requested, and Defendants have agreed, to extend the due date for Plaintiff's response to the Motion by two weeks, from February 11, 2025, to February 25, 2025.

4. Additionally, Plaintiff and Defendants have agreed to move the following dates and deadlines out of necessity:

  a. 3/10/25 at 2:30 p.m. – hearing on Defendants' Motion

  b. 3/14/25 – Discovery Plan and Scheduling Order

5. The parties hereby request that the Court continue those dates and deadlines for two weeks or, in the case of the hearing on the Motion, at a time convenient for the Court at least two weeks after March 10, 2025.

6. The parties agree that the foregoing constitutes good cause and respectfully request the Court's permission to extend the briefing schedule.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | HENDERSON CITY ATTORNEY'S OFFICE |
|---|---|
| /s/ *Martin A. Little* <br> Martin A. Little, Esq. <br> Nevada Bar No. 7067 <br> 3800 Howard Hughes Parkway, Ste. 1000 <br> Las Vegas, NV 89169 <br> Tel. (702) 257-1483 <br> MAL@H2Law.com <br><br> *Attorneys for Plaintiff* | /s/ *Wade B. Gochnour* <br> City Attorney Nicholas G. Vaskov <br> Nevada Bar No. 9289 <br> Assistant City Attorney Wade B. Gochnour <br> Nevada Bar No. 6314 <br> 240 Water Street, MSC 144 <br> Henderson, NV 89015 <br> Tel. (702) 3267-1200 <br> Wade.Gochnour@CityofHenderson.com <br><br> *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the proposed discovery plan and scheduling order is extended to 3/28/2025, the deadline for response to the motion to dismiss [ECF No. 11] is extended to 2/25/25, and the hearing on the motion to dismiss is CONTINUED to Monday, 3/31/2025 at 1:30 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 11, 2025

2

4907-8732-8535, v. 1