Martin A. Little, Esq., NV Bar No. 7067
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: mal@h2law.com
*Attorney for Motus, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOTUS, LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a municipal corporation and a political subdivision of the State of Nevada; CITY OF HENDERSON REDEVELOPMENT AGENCY, a State of Nevada public body corporate and politic; DOES I through X, inclusive; and ROE CORPORATIONS I though X, inclusive,<br><br>      Defendants.<br><br>CITY OF HENDERSON REDEVELOPMENT AGENCY, a State of Nevada public body corporate and politic,<br><br>      Counterclaimant,<br><br>v.<br><br>MOTUS, LLC, a Nevada limited liability company, DOES 1 through 10, inclusive.<br><br>      Counterdefendant. | Civil Case No. 2:24-cv-02317-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

  Plaintiff / Counterdefendant Motus, LLC ("Motus"), Defendant City of Henderson and Defendant / Counterclaimant City of Henderson Redevelopment Agency (collectively "COH"), hereby agree and stipulate, as follows:

/ / /

/ / /

1

1. **The Current Discovery and Case Deadlines pursuant to the Court's Order approving the parties'** *Revised* **Rule 26(f) Report and Proposed Discovery Plan and Scheduling Order dated March 28, 2025 (Doc 23) and signed by the Court on March 28, 2025 (Doc 24):**

   a. Discovery Cut-Off: January 16, 2026

   b. Amending the Pleadings and Adding Parties: September 18, 2025

   c. Initial Expert Disclosures: October 18, 2025

   d. Rebuttal Expert Disclosures: November 17, 2025

   e. Dispositive Motions: February 16, 2026

   f. Pre-Trial Order: March 18, 2026

2. **The following discovery has been completed:**

   a. The parties have exchanged initial and supplemental disclosures.

   b. On April 8, 2025, Motus served one set of written discovery requests on Defendants. On May 8, 2025, COH responded to the written discovery requests and served a corresponding document production. COH served amended responses on August 7, 2025.

   c. On May 6, 2025, COH served one set of written discovery requests on Motus. On July 4, 2025, Motus responded to the written discovery requests and served a corresponding document production.

3. **Remaining Discovery to be Completed:**

   a. Initial expert disclosures.

   b. Rebuttal expert disclosures.

   c. FRCP 30(b)(6) witnesses' depositions.

   d. Fact witnesses' depositions.

4. **Reasons Why Discovery Remains Incomplete:**

   The parties have been active in discovery; however, Motus' counsel has been experiencing health issues for several months resulting from a rare genetic disorder discovered this year that has pushed back timelines for retaining experts and noticing depositions. This request will provide the parties sufficient time to complete discovery.

   / / /

   / / /

4901-5537-4184, v. 1

**5.     Proposed Schedule for Completing Remaining Discovery:**

The parties respectfully request that the Court extend the discovery deadlines 90 days. Further, the parties request that the Court extend proportionally the March 18, 2026, deadline to submit a Pre-Trial Order. This is the parties' first request to extend these deadlines. This Stipulation is supported by good cause and not made for the purpose of undue delay.

   a. Discovery Cut-Off: April 16, 2026
   b. Amending the Pleadings and Adding Parties:  December ~~27~~ **26**, 2025
   c. Initial Expert Disclosures:  January 16, 2026
   d. Rebuttal Expert Disclosures: February ~~15~~ **16**, 2026
   e. Dispositive Motions: May ~~17~~ **18**, 2026
   f. Pre-Trial Order:  June 16, 2026

**6.  Presently there is no trial date scheduled.**

**IT IS SO AGREED AND STIPULATED:**

DATED:  September 11, 2025.

HOWARD & HOWARD ATTORNEYS PLLC

 /s/   *Martin A. Little*
Martin A. Little, Esq.
Nevada Bar No. 7067
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
MAL@H2Law.com

*Attorneys for Motus, LLC*

DATED:  September 11, 2025.

HENDERSON CITY ATTORNEY'S OFFICE

/s/     *Wade B. Gochnour*
City Attorney Nicholas G. Vaskov
Nevada Bar No. 9289
Assistant City Attorney Wade B. Gochnour
Nevada Bar No. 6314
240 Water Street, MSC 144
Henderson, NV 89015
Tel. (702) 3267-1200
Wade.Gochnour@CityofHenderson.com

*Attorneys for City of Henderson and City of Henderson Redevelopment Agency*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 11, 2025

4901-5537-4184, v. 1